385 A.2d 1026

**B P OIL CORPORATION, Appellant,**

**v.**

**Gene DiSANTIS.**

Superior Court of Pennsylvania.

Argued Dec. 9, 1977.

Decided April 28, 1978.

William L. McLaughlin, Paoli, for appellant.

David E. Abrahamsen, West Chester, for appellee.

Before WATKINS, President Judge, and JACOBS, HOFFMAN, CERCONE, PRICE, VAN der VOORT and SPAETH, JJ.

PER CURIAM:

The six Judges who decided this appeal, being equally divided, the order is affirmed.

PRICE, VAN der VOORT and SPAETH, JJ., dissent and would grant a new trial.

WATKINS, former President Judge, did not participate in the consideration or decision of this case.